UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| REGINALD CLAY, SR., As Special Administrator of the Estate of REGINALD CLAY, Jr. and K.C. a minor, by her mother MYKAYLA CRAIG, | ) ) ) ) ) ) | Case No. |
| | ) ) | Judge |
| Plaintiffs, | ) ) | |
| v. | ) ) | Magistrate Judge |
| | ) ) | JURY DEMAND |
| P.O. JOHN DOE, individually, | ) ) ) | |
| Defendant. | ) | |

## COMPLAINT

**NOW COMES** the Plaintiff, REGINALD CLAY, SR., as proposed Special Administrator of the Estate of REGINALD CLAY, JR., deceased, and K.C., minor by her mother, MYKAYLA CRAIG, by and through their attorneys, Gregory E. Kulis & Associates, Ltd., and complaining against the Defendant, P.O. JOHN DOE, as follows:

## COUNT I – EXCESSIVE FORCE

1) This action is brought pursuant the laws of the United States Constitution, specifically, 42 U.S.C. §1983 and §1988, and the laws of the State of Illinois to redress deprivations of the civil rights of the Plaintiffs, Plaintiff, REGINALD CLAY, SR., as proposed Special Administrator of the Estate of REGINALD CLAY, JR., deceased, and K.C., minor by her mother, MYKAYLA CRAIG and accomplished by acts and/or of the Defendant, P.O. JOHN DOE, individually, committed under color of law.

2) Jurisdiction is based on Title 28 U.S.C. §1343 and §1331 and supplemental

1

jurisdiction of the State of Illinois.

3) The Plaintiff, REGINALD CLAY, SR., as proposed Special Administrator of the Estate of REGINALD CLAY, JR., deceased, was at all relevant times a resident of the State of Illinois.

4) The Plaintiff, REGINALD CLAY, SR., is the father of REGINALD CLAY, JR., deceased.

5) The Plaintiff, MYKAYLA CRAIG, is the mother of K.C., the minor child of REGINALD CLAY, JR., deceased.

6) The Defendant, P.O. JOHN DOE, was at all relevant times, a duly appointed law enforcement officer employed by the City of Chicago and acting within the scope of their employment and under color of law.

7) On the morning of April 15, 2023, the decedent was planning on attending the funeral of a family friend.

8) REGINALD CLAY, JR. was leaning over a vehicle talking to other individuals on the 3800 block of W. Flournoy in Chicago when police pulled up to the scene.

9) There were no facts to make anyone believe that REGINALD CLAY, JR. was committing a crime or breaking any laws.

10) Although there was no evidence of any crime, the Chicago Police attempted to seize REGINALD CLAY, JR.

11) To avoid being hassled, the decedent backed away and took off.

12) The Defendant, P.O. JOHN DOE, tried to seize REGINALD CLAY JR. though there was no evidence of a crime.

13) The actions of the Defendant violated the Chicago Police Department's Foot Pursuit policy.

14) The Defendant chased down the decedent REGINALD CLAY JR. and shot him several times.

15) Without just cause of provocation, the Defendant shot the decedent, REGINALD CLAY JR.

16) Said use of deadly force was unprovoked and unwarranted.

17) The actions of the Defendant, P.O. JOHN DOE, were intentional, willful and wanton.

18) As a result of the actions of the Defendant, P.O. JOHN DOE, the decedent, REGINALD CLAY, JR., was killed.

19) Said actions of the Defendant, P.O. JOHN DOE, were in violation of the decedent, REGINALD CLAY, JRS' Fourth and Fourteenth Amendment rights as protected by 42 U.S.C. §1983.

20) As a result of said actions of the Defendant, P.O. JOHN DOE, the decedent, REGINALD CLAY, JR., and the Plaintiffs, REGINALD CLAY, SR., as proposed Special Administrator of the Estate of REGINALD CLAY, JR., deceased, and K.C., minor by her mother, MYKAYLA CRAIG, experienced pain and suffering, loss of life, loss of love and affection, monetary loss, and loss of enjoyment of life.

**WHEREFORE**, the Plaintiffs, REGINALD CLAY, SR., as proposed Special Administrator of the Estate of REGINALD CLAY, JR., deceased, and K.C., minor by her mother, MYKAYLA CRAIG, pray for judgment against the Defendant, P.O. JOHN DOE, individually, for fair and reasonable compensatory damages in excess of One Million ($1,000,000.00) Dollars, reasonable punitive damages, plus attorneys' fees and costs.

**COUNT II – UNLAWFUL SEIZURE/ARREST**

1-15)      The Plaintiff hereby realleges and incorporates their allegations of paragraphs 1-15 of Count I as their allegations of paragraph 1-15 of Count II as though fully set forth herein.

16)      In that there were no facts to support any belief that decedent REGINALD CLAY JR. was committing any crimes, the seizure was unlawful.

17)      The actions of the Defendant P.O. JOHN DOE violated the Chicago Police Departments Foot Pursuit policy.

18)      The actions of the Defendant P.O. JOHN DOE were intentional, willful, and wanton.

19)      As a result of the Defendant P.O. JOHN DOE's actions, the decedent REGINALD CLAY JR. was killed.

20.      Said actions of the Defendant P.O. JOHN DOE were in violation of the decedent REGINALD CLAY JR.'s Fourth and Fourteenth Amendment Rights as protected by 42 U.S.C. §1983.

21.      As a result of said actions of the Defendant, P.O. JOHN DOE, the decedent, REGINALD CLAY, JR., and the Plaintiffs, REGINALD CLAY, SR., as proposed Special Administrator of the Estate of REGINALD CLAY, JR., deceased, and K.C., minor by her mother, MYKAYLA CRAIG, experienced pain and suffering, loss of life, loss of love and affection, monetary loss, and loss of enjoyment of life.

      **WHEREFORE**, the Plaintiffs, REGINALD CLAY, SR., as proposed Special Administrator of the Estate of REGINALD CLAY, JR., deceased, and K.C., minor by her mother, MYKAYLA CRAIG, pray for judgment against the Defendant, P.O. JOHN DOE, individually, for fair and reasonable compensatory damages in excess of One Million

($1,000,000.00) Dollars, reasonable punitive damages, plus attorneys' fees and costs.

## COUNT III – BATTERY / STATE LAW

1-14) The Plaintiffs, REGINALD CLAY, SR., as proposed Special Administrator of the Estate of REGINALD CLAY, JR., deceased, and K.C., minor by her mother, MYKAYLA CRAIG, re-allege paragraphs 3-16 of Count II as paragraphs 1-14 of Count III as though fully set forth herein.

15) The actions of the Defendant, P.O. JOHN DOE, constitute battery under Illinois State law.

16) As a result of the actions of the Defendant, P.O. JOHN DOE, the decedent, REGINALD CLAY JR. experienced pain, suffering, loss of life, and monetary loss.

**WHEREFORE** the Plaintiffs, REGINALD CLAY, SR., as proposed Special Administrator of the Estate of REGINALD CLAY, JR., deceased, and K.C., minor by her mother, MYKAYLA CRAIG, pray for judgment against the Defendant, P.O. JOHN DOE, individually, for fair and reasonable compensatory damages and punitive damages, plus costs.

## COUNT IV – WRONGFUL DEATH

1-15) The Plaintiffs, REGINALD CLAY, SR., as proposed Special Administrator of the Estate of REGINALD CLAY, JR., deceased, and K.C., minor by her mother, MYKAYLA CRAIG, re-allege paragraphs 1-15 of Count III as paragraphs 1-15 of Count IV as though fully set forth herein.

16) The actions of the Defendant, P.O. JOHN DOE, caused the wrongful death of the decedent, REGINALD CLAY, JR, in violation of ILCS 740 ILCS 180/1 et. seq.

17) As a result of the actions of the Defendant, P.O. JOHN DOE, the decedent, REGINALD CLAY, JR, and the Plaintiffs, REGINALD CLAY, SR., as proposed Special

Administrator of the Estate of REGINALD CLAY, JR., deceased, and K.C., minor by her mother, MYKAYLA CRAIG, suffered loss of life, loss of enjoyment of life, pain, suffering and monetary loss.

**WHEREFORE** the Plaintiffs REGINALD CLAY, SR., as proposed Special Administrator of the Estate of REGINALD CLAY, JR., deceased, and K.C., minor by her mother, MYKAYLA CRAIG, pray for the judgment against the Defendant, P.O. JOHN DOE, individually, for fair and reasonable compensatory damages, plus costs.

### COUNT V – SURVIVAL ACTION

1-16) The Plaintiffs, REGINALD CLAY, SR., as proposed Special Administrator of the Estate of REGINALD CLAY, JR., deceased, and K.C., minor by her mother, MYKAYLA CRAIG, re-allege their allegations of paragraphs 1-16 of Count IV as their respective allegations of paragraphs 1-16 of Count V as though fully set forth herein.

17) After the decedent was shot, he survived for a period of time before he died.

18) As a direct and proximate cause of the conduct of the Defendant, P.O. JOHN DOE, the decedent, REGINALD CLAY, JR., suffered pain and suffering, mental trauma, fear, anxiety, monetary loss and eventually death.

19) This cause of action arises under the Survival Act, codified at 755 ILCS 5/27- 6, and is brought by, REGINALD CLAY, SR., as proposed Special Administrator of the Estate of REGINALD CLAY, JR., deceased, and K.C., minor by her mother, MYKAYLA CRAIG, within two (2) years from the date of death of the decedent to recover damages suffered by the decedent prior to his death.

**WHEREFORE** the Plaintiffs REGINALD CLAY, SR., as proposed Special Administrator of the Estate of REGINALD CLAY, JR., deceased, and K.C., minor by her

mother, MYKAYLA CRAIG, pray for judgment against the Defendant, P.O. JOHN DOE, individually, for fair and reasonable compensatory damages, plus costs.

### COUNT VI – FAMILY EXPENSE ACT

1-18) The Plaintiff, REGINALD CLAY, SR., as proposed Special Administrator of the Estate of REGINALD CLAY, JR., deceased, and K.C., minor by her mother, MYKAYLA CRAIG, re-allege their allegations of paragraphs 1-19 of Count V as their respective allegations of paragraphs 1-18 of Count VI as fully set forth herein.

19) At all relevant times, the Plaintiff, REGINALD CLAY, SR., was the father of REGINALD CLAY, JR., deceased.

20) As a direct and proximate result of Defendant's actions, which caused the death of REGINALD CLAY JR., the Plaintiffs, REGINALD CLAY, SR., as proposed Special Administrator of the Estate of REGINALD CLAY, JR., deceased, and K.C., minor by her mother, MYKAYLA CRAIG, will incur funeral and burial expenses.

**WHEREFORE** the Plaintiffs, REGINALD CLAY, SR., as proposed Special Administrator of the Estate of REGINALD CLAY, JR., deceased, and K.C., minor by her mother, MYKAYLA CRAIG, pray for judgment against the Defendant, P.O. JOHN DOE, individually, for fair and reasonable compensatory damages, plus costs.

### JURY DEMAND

The Plaintiffs, REGINALD CLAY, SR., as proposed Special Administrator of the Estate of REGINALD CLAY, JR., deceased, and K.C., minor by her mother, MYKAYLA CRAIG, hereby request a trial by jury.

Respectfully submitted,

By: */s/ Gregory E. Kulis*
Gregory E. Kulis & Associates, Ltd.

Gregory E. Kulis & Associates, Ltd.
134 N. LaSalle St. Suite 444
Chicago, IL 60602
p. (312) 580-1830
e. service@kulislawltd.com